# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIANA MAYER LOZA,
                 Appellant,
vs.
LEVERTY & ASSOCIATES LAW,
CHTD.,
                 Respondent.

No. 84245

**FILED**

MAR 25 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order denying a motion to set aside a default judgment. Ninth Judicial District Court, Douglas County; Thomas W. Gregory, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant is not a party to the action with standing to appeal. In the proceedings below, appellant was named and served only as a corporate officer, administrator or trustee of certain defendant trusts. She was not named and did not appear in her individual capacity. This court has jurisdiction to entertain an appeal only where the appeal is brought by an aggrieved party. *See* NRAP 3A(a). A person or entity is not a party within the meaning of NRAP 3A(a) unless that person or entity has been served with process, appeared in the court below, and has been named as a party of record in the trial court. *See Valley Bank of Nev. v. Ginsburg*, 110 Nev. 440, 448, 874 P.2d 729, 735 (1994). Here, appellant, in her individual capacity, does not appear to have been served with process, or been named as a party of record in the district court proceedings.

Moreover, the district court order denying the motion to set aside the default judgments makes no reference to appellant; the order denies only motions filed by the defendant business entities. Accordingly,

SUPREME COURT
OF
NEVADA

(O) 1947A

22-09330

appellant does not appear to be aggrieved by the order in her individual capacity. NRAP 3A(a). Additionally, appellant, a non-lawyer, cannot represent on appeal the trusts that are named as parties below. *See* NRAP 46A(b)(2); *Salman v. Newell*, 110 Nev. 1333, 1336, 885 P.2d 607, 608 (1994) (business entities may not appear or file documents without counsel); *State v. Stu's Bail Bonds*, 115 Nev. 436, 436 n.1, 991 P.2d 469, 470 n.1 (1999). Accordingly, this court lacks jurisdiction over this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Thomas W. Gregory, District Judge
       Juliana Mayer Loza
       Leverty & Associates Law, Chtd.
       Douglas County Clerk